**Edward LARRY, Plaintiff–Appellant,**

v.

**Steve UYEHARA; et al., Defendants–Appellees.**

No. 07–16515.

United States Court of Appeals, Ninth Circuit.

Submitted March 10, 2008.*

Filed March 17, 2008.

Edward Larry, Honolulu, HI, pro se.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Bruce D. Voss, Honolulu, HI, for Defendants-Appellees.

Before: T.G. NELSON, TASHIMA and BYBEE, Circuit Judges.

### MEMORANDUM **

The motion to reinstate this appeal is granted.

A review of the record and the response to the order to show cause indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard).

Larry appeals the district court's judgment dismissing his action for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2). We review the district court's dismissal de novo. *See Barren v. Harrington,* 152 F.3d 1193, 1194 (9th Cir. 1998). Larry's complaint alleged that defendants committed a white collar crime because defendants misstated a news reporter's birthday while on a television broadcast. Appellant requested that the district court issue an arrest warrant. We conclude that the district court properly dismissed this action because Larry lacks standing to initiate a criminal prosecution. *See Linda R.S. v. Richard D.,* 410 U.S. 614, 619, 93 S.Ct. 1146, 35 L.Ed.2d 536 (1973) (holding that a private citizen lacks a judicially cognizable interest in the prosecution or nonprosecution of another).

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.